UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SERGIO DANIEL ORTIZ,<br><br>           Petitioner,<br><br>vs.<br><br>MARJORIE ISABEL MARTINEZ REED,<br><br>           Respondent. | CIVIL ACTION FILE<br><br>NO.  1:23-cv-03585-ELR |

### DEFAULT  JUDGMENT

A default having been entered against the defendant on September 19, 2023, and the Petitioner having requested entry of default judgment against the defaulted Respondent and having filed a proper affidavit in accordance with Rule 55 of the Federal Rules of Civil Procedure,

JUDGMENT IS HEREBY ENTERED in favor of the Petitioner, SERGIO DANIEL ORTIZ, against the Respondent, MARJORIE ISABEL MARTINEZ REED, as to Counts I and III of the Petition.

Dated at Atlanta, Georgia this 18th day of September, 2023.

KEVIN P. WEIMER
CLERK OF COURT

By:     s/Ciarra Steede
        Deputy Clerk

Prepared, filed, and entered
in the Clerk's Office
September 19, 2023
Kevin P. Weimer
Clerk of Court

By:  s/Ciarra Steede
        Deputy Clerk